UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:13-cv-00067-TBR

| | |
|---|---|
| JOSEPH D. DONALDSON And KAROL DONALDSON | Plaintiffs |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY | Intervening Plaintiff |
| v. | |
| SUPERVISED ESTATE OF HERSCHEL OLIVE, JR., BY AND THROUGH ITS CO-PERSONAL REPRESENTATIVES, SANDRA BRUNTON AND JAMES OLIVE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE CO., FIREMAN'S FUND INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY | Defendants |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court upon Plaintiff Zurich American Insurance Company's Motion to File an Intervening Complaint. (Docket No. 29.) Plaintiffs, Joseph and Karol Donaldson, have responded stating they have no opposition to the filing of the Intervening Complaint. (Docket No. 32.) Defendant State Farm Mutual Automobile Insurance Company has responded stating it has no objection to the filing of the Intervening Complaint. (Docket No. 33.) Defendant New Hampshire Insurance Company has filed a motion opposing the motion to intervene to bring suit against New Hampshire Insurance Company. (Docket No. 34.) This matter is ripe for adjudication.

Subsequently, Plaintiff Zurich filed a notice of voluntary dismissal as to claims presented in the intervening complaint against Defendants State Farm Mutual

1

Automobile Insurance Company and New Hampshire Insurance Company. (Docket No. 40.) Accordingly, the Court will **GRANT** Plaintiff Zuirch's Motion to File an Intervening Complaint, except as to State Farm Mutual Automobile Insurance Company and New Hampshire Insurance Company because the claims against them were voluntarily dismissed at Docket No. 40.

IT IS SO ORDERED.

Date:

cc: Counsel